IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ESKER MARTIN, III**                                        **PLAINTIFF**

v.                  Case No. 4:20-cv-01399 KGB-JTK

**ARMARK**                                                **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Esker Martin, III's complaint is dismissed without prejudice (Dkt. No. 2).  The relief sought is denied.

So adjudged this the 17th day of September, 2021.

_____
Kristine G. Baker
United States District Judge